Garrett Charity, Esq.
Garrett.Charity@MccarthyLawyer.com
McCarthy Law PLC
4250 N. Drinkwater Blvd., Ste. 320
Scottsdale, Arizona 85251
Phone: 602-456-8900
Fax: 602-218-4447
Attorney for Plaintiff

**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARYN DRAKE-LEE,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS NATIONAL BANK; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC, and TRANSUNION LLC,<br><br>    Defendants. | Case No.: 2:25-cv-00825-JFW-JCx<br><br>**ORDER** |

Having considered the Parties' Stipulation of Dismissal Without Prejudice and good cause appearing:

**IT IS ORDERED** that the Stipulation is granted. This Matter is hereby dismissed without prejudice, with each party to bear their own attorneys' fees and costs.

**SO ORDERED**.

Dated: April 23, 2025

_____
Hon. John F. Walter
United States District Judge